# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesse Sicurello,<br><br>        Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>        Defendant. | No. CV-22-00078-TUC-SHR<br><br>**Order Adopting R&R** |

On August 23, 2023, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") in which he recommended the Court grant Plaintiff's Opening Brief and remand the Commissioner's decision for further consideration. (Doc. 25.) The R&R notified the parties they had until September 6, 2023 to file any objections. (*Id.* at 39.) No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (district court only needs to review magistrate judge's findings and recommendations *de novo* if objection is made). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

In this case, the deadline for filing objections was September 6, 2023. As noted, no

objections have been filed, and neither party has requested additional time to do so. Therefore, the Court may adopt the R&R on that basis alone. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (district court declined to review the magistrate judge's report because no objections were filed). Nonetheless, the Court finds the R&R well-reasoned and agrees with Judge Markovich's conclusions. Accordingly,

**IT IS ORDERED** Magistrate Judge Markovich's Report and Recommendation (Doc. 25) is **ADOPTED**.

**IT IS FURTHER ORDERED** Plaintiff's Opening Brief (Doc. 21) is **GRANTED** and the final decision of the Commissioner of Social Security is **REVERSED** and **REMANDED** for further consideration consistent with this Order.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment accordingly and close the file in this case.

Dated this 11th day of September, 2023.

Honorable Scott H. Rash
United States District Judge